**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-mj-8199-BER**

**UNITED STATES OF AMERICA**

**v.**

**FILIBERTO OCHOA-GARCIA,**

 **Defendant.**                              /

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4.  4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: *Daniel Reiter*
_____

DANIEL REITER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.      085312
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:      (561) 820-8777
Email:  Daniel.Reiter@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   26-mj-8199-BER |
| | ) | |
| | ) | |
| FILIBERTO OCHOA-GARCIA | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 15, 2026 _____ in the county of _____ Palm Beach _____ in the
_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry into the United States after deportation or removal |

FILED BY_____ TM _____D.C.

**Mar 18, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Digitally signed by Bruce
Reinhart
Date: 2026.03.18
09:43:37 -04'00'

Date: _____

_____
*Judge's signature*

Bruce E. Reinhart, U.S. Magistrate Judge

City and state: _____ West Palm Beach, FL _____

_____
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Filiberto OCHOA-GARCIA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about March 15, 2026, Filiberto OCHOA-GARCIA was arrested in Palm Beach County, Florida for the offenses of driving under the influence and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Filiberto OCHOA-GARCIA is a native and citizen of Mexico. Records further show that on or about November 8, 2011, Filiberto OCHOA-GARCIA was granted voluntary departure by an immigration judge until March 7, 2012. On or about March 3, 2012, Filiberto OCHOA-

1

GARCIA departed the United States from Miami, Florida on board of Aeromexico flight number 429 to Juarez, Mexico.

5.    Thereafter, Filiberto OCHOA-GARCIA re-entered the United States illegally and on or about November 25, 2012, was ordered removed from the United States. The Order of Removal was executed on or about November 27, 2012, whereby Filiberto OCHOA-GARCIA was removed from the United States and returned to Mexico.

6.    Filiberto OCHOA-GARCIA's fingerprints taken in connection with his March 15, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Filiberto OCHOA-GARCIA.

7.    A record check was performed in the Computer Linked Application Informational Management System to determine if Filiberto OCHOA-GARCIA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Filiberto OCHOA-GARCIA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.    Based on the foregoing, I submit that probable cause exists to believe that, on or about March 15, 2026, Filiberto OCHOA-GARCIA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary

2

of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of March 2026.

Digitally signed
by Bruce Reinhart
Date: 2026.03.18
09:43:52 -04'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   FILIBERTO OCHOA-GARCIA

**Case No**:  26-mj-8199-BER

Illegal Reentry into the United States after deportation or removal.

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment** $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**